**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FELLOWSHIP OF CHRISTIAN ATHLETES**, et al., | Civil Action No. <u>1:24-cv-01</u>332 |
| Plaintiffs, | **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS** |
| v. | |
| **DISTRICT OF COLUMBIA**, et al., | |
| Defendants. | |

I, the undersigned counsel of record for Fellowship of Christian Athletes and Fellowship of Christian Athletes of Jackson-Reed High School, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Fellowship of Christian Athletes or Fellowship of Christian Athletes of Jackson-Reed High School which have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

Dated: May 7, 2024

*/s/ Daniel H. Blomberg*
Daniel H. Blomberg (D.C. Bar No. 1032624)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006
(202) 955-0095 PHONE
(202) 955-0090 FAX
dblomberg@becketlaw.org

*Counsel for Plaintiffs*