**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FELLOWSHIP OF CHRISTIAN ATHLETES**, et al., | Civil Action No. 24-cv-1332-DCF |
| *Plaintiffs*, | **SUPPLEMENTAL DECLARATION OF JOLEE PADEN** |
| v. | |
| **DISTRICT OF COLUMBIA**, et al., | |
| *Defendants.* | |

I, Jolee Paden, pursuant to 28 U.S.C. § 1746, state and declare:

1. I am over eighteen years of age and fully competent to make this supplemental declaration.

2. As explained in my prior declaration, I am the Area Director for Fellowship of Christian Athletes (FCA) in Washington, DC. I work with and provide support to college, high-school, and middle-school students in the District of Columbia Public School system who belong to or would like to establish FCA "huddles" (FCA's name for student clubs).

3. I make this declaration based on my personal knowledge of and experience with FCA National, FCA DC, and local huddles in Washington, DC.

4. A student-led FCA huddle currently meets during the lunch hour at Eastern High School. All students are welcome to attend and participate, and roughly 15-20 students come each week.

5. The Eastern huddle used to meet after school, but that was a much more difficult time of day for students because of sports practices, commitments outside of school, and transportation. Only a handful of students were able to attend those huddle meetings; now, with meetings during the day and over the lunch hour, many more students are able to attend.

6. Consistent with FCA National's practice on other campuses, it was my

1

expectation that although it has not held formal elections, Eastern FCA has long had a discrete set of student leaders. These leaders plan and execute lunch meetings by, among other things, choosing a religious discussion topic, welcoming students, leading a group game, reading scripture, leading other students through a devotional, and praying.

7. It has also been my understanding and expectation that FCA National's connection to Eastern, an FCA DC board member who has worked with Eastern FCA for a decade, has personally met each of the students leading Eastern FCA's prayers, Bible study, and other religious functions, confirmed that they understand the significant role they are undertaking by leading Eastern FCA in those ways, and ensured their religious beliefs are aligned with FCA's beliefs such that they can sincerely lead prayers, teaching, and other FCA religious functions with integrity.

8. Before DCPS's actions against FCA, that kind of process had seemed to work well to ensure huddle student leaders could faithfully represent FCA National on campus. But since DCPS excluded the FCA huddles at Jackson-Reed and Banneker, we have started transitioning to written form, akin to how other FCA huddles operate in other parts of the country. As of this coming semester, Eastern FCA's student leaders will all have filled out our written Student Leadership Application to confirm that they share FCA's religious beliefs. A submitted version of that Application is attached as Exhibit D to my prior declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of June, 2024.

_____
Jolee Paden