UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELLOWSHIP OF CHRISTIAN ATHLETES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants*. | No. 24-cv-1332 (DLF) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiffs' Application for Preliminary Injunction, Dkt. 3, is **GRANTED** in part and **DENIED** in part. It is further

**ORDERED** that the defendants shall restore official recognition and all of the benefits, rights, and privileges of such status to the student chapter of the Fellowship of Christian Athletes at Jackson-Reed High School in Washington, D.C. for the duration of this litigation. It is further

**ORDERED** that the defendants shall not enforce their Anti-Discrimination Policy to exclude the student chapter of the Fellowship of Christian Athletes at Jackson-Reed High School in Washington, D.C. because of its leadership-selection practices, provided that those practices are not materially altered from those described in the Application for Preliminary Injunction.

**ORDERED** that no bond shall be required.

_____
DABNEY L. FRIEDRICH
United States District Judge

July 11, 2024