UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELLOWSHIP OF CHRISTIAN ATHLETES**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>Defendants. | No. 1:24-cv-01332-DLF |

### DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants District of Columbia (the District), Chancellor Lewis D. Ferebee, and Chief Integrity Officer (CIO) Cinthia L. Ruiz move under Rule 12(b)(1) to dismiss Plaintiffs' claims to the extent that they seek injunctive and declaratory relief, and under Rule 12(b)(6) to dismiss Count IX of the Complaint [1]. Further, the individual-capacity claims against both Chancellor Ferebee and CIO Ruiz should be dismissed because they are entitled to qualified immunity. Even if the Court disagrees, all claims against Chancellor Ferebee should be dismissed because Plaintiffs do not allege he took any actions that caused their alleged injuries. Finally, the official-capacity claims against Chancellor Ferebee and CIO Ruiz should be dismissed as redundant of the claims against the District. Defendants' memorandum of points and authorities in support of this motion and proposed order are attached. Because this motion is dispositive, Defendants have not sought Plaintiffs' consent. *See* LCvR 7(m).

| | |
|---|---|
| Dated: February 6, 2025. | Respectfully submitted,<br><br>BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>STEPHANIE E. LITOS<br>Deputy Attorney General<br>Civil Litigation Division |

2

/s/ *Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

/s/ *Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

/s/ *Amanda C. Pescovitz*
MARCUS D. IRELAND [90005124]
AMANDA C. PESCOVITZ [1735780]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7495
Email: amanda.pescovitz1@dc.gov

*Counsel for Defendants*