AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Fellowship of Christian Athletes, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-01332-DFL |
| District of Columbia, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Christian Legal Society et al.

Date: 03/27/2025

/s/ Steven T. McFarland
*Attorney's signature*

Steven T. McFarland (D.C. Bar number 452450)
*Printed name and bar number*
8001 Braddock Rd., Ste. 302
Springfield, VA 22151

*Address*

smcfarland@clsnet.org
*E-mail address*

(703) 894-1041
*Telephone number*

*FAX number*