AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| Fellowship of Christian Athletes, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| District of Columbia, et al. | ) |
| *Defendant* | ) |

Case No.    1:24-cv-01332-DFL

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Christian Legal Society et al.                                              .

Date:      03/28/2025

/s/ Kimberlee W. Colby
*Attorney's signature*

Kimberlee W. Colby (D.C. Bar number 358024)
*Printed name and bar number*
8001 Braddock Rd., Ste. 302
Springfield, VA 22151

*Address*

kcolby@clsnet.org
*E-mail address*

(703) 919-8556
*Telephone number*

*FAX number*