AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Fellowship of Christian Athletes, et al. <br> *Plaintiff* <br> v. <br> District of Columbia, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:24-cv-01332-DFL <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Christian Legal Society et al.

Date: 03/28/2025

/s/ Thomas C. Berg
*Attorney's signature*

Thomas C. Berg (Minnesota bar number 0335149)
*Printed name and bar number*

University of St. Thomas School of Law
MSL 400, 1000 LaSalle Ave.,
Minneapolis, MN 55403-2015

*Address*

TCBERG@stthomas.edu
*E-mail address*

(651) 962-4918
*Telephone number*

*FAX number*