UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FELLOWSHIP OF CHRISTIAN ATHLETES, *et al.*,

    *Plaintiffs*,

v.

DISTRICT OF COLUMBIA, *et al.*,

    *Defendants.*

No. 24-cv-01332 (DLF)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' Partial Motion to Dismiss, Dkt. 39, is **GRANTED IN PART** and **DENIED IN PART**. Accordingly, it is

**ORDERED** that Counts I–V, VIII, X, and XI against defendants Ferebee and Ruiz in their personal capacities are **DISMISSED** with prejudice. It is further

**ORDERED** that Count IX is **DISMISSED** without prejudice. It is further

**ORDERED** that the claims against defendant Ferebee in his personal capacity are **DISMISSED** without prejudice. It is further

**ORDERED** that the claims against defendants Ferebee and Ruiz in their official capacities are **DISMISSED** without prejudice. Finally, it is

**ORDERED** that the parties shall file, on or before February 20, 2026, a joint status report proposing a schedule for further proceedings on the remaining claims.

                                                                               DABNEY L. FRIEDRICH
February 3, 2026                                                        United States District Judge