IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELLOWSHIP OF CHRISTIAN ATHLETES,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** *et al.*, <br><br> **Defendants.** | No. 1:24-cv-01332-DLF |

## JOINT STATUS REPORT

Pursuant to the Court's February 3, 2026 Order, Dkt. 54, the Parties respectfully submit this Joint Status Report.

On February 10, 2026, the Parties conferred to discuss a schedule for further proceedings. The Parties also discussed potential settlement and whether mediation would be productive at this time. The Parties agreed upon and ask the Court to enter the following schedule for further proceedings on Plaintiffs' remaining claims:

| Date | Deadline |
|---|---|
| 2/27/2026 | Rule 26(f)/LCvR 16.3 Meet and Confer Statement |
| 3/3/2026 | Defendants' Answer to the remaining claims in the Complaint |

Date: February 13, 2026.

/s/ Joseph C. Davis
Daniel H. Blomberg (D.C. Bar No. 1032624)
Joseph C. Davis (D.C. Bar No. 1047629)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
Phone: (202) 955-0095
Fax: (202) 955-0090
jdavis@becketfund.org

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

/s/ Honey Morton
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Marcus D. Ireland*
AMANDA C. PESCOVITZ [1735780]
MARCUS D. IRELAND [90005124]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 702-2910
Email: marcus.ireland@dc.gov

*Counsel for Defendants*
