**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FELLOWSHIP OF CHRISTIAN ATHLETES**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.*, <br><br> **Defendants.** | **No. 1:24-cv-01332-DLF** |

## DEFENDANTS' DEFENSES AND ANSWER TO PLAINTIFFS' COMPLAINT

Defendants District of Columbia (the District) and Cinthia Ruiz answer Plaintiffs'

Complaint (Complaint) as follows.[1]

### DEFENSES

Defendants assert and preserve the following defenses based on information currently

available.  Defendants reserve the right to withdraw these defenses or assert additional defenses

as further information becomes available.

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Defendants, at all relevant times, acted consistently with applicable laws, rules,

regulations, and constitutional provisions.

### THIRD DEFENSE

Defendants, their agents, servants, and employees, acting within the course and scope of

their employment, have performed their obligations, if any, towards Plaintiffs in accordance with

all applicable regulatory, statutory, constitutional, and common law standards.

---

[1]    Plaintiffs' Complaint names as Defendants the District, Chancellor of the D.C. Public Schools Lewis D. Ferebee, and Chief Integrity Officer at D.C. Public Schools Cinthia L. Ruiz. *See* Compl. [1].  The Court has dismissed all claims against Chancellor Ferebee in his individual and official capacities.  *See* Order [54] at 1.

**FOURTH DEFENSE**

Defendants, their agents, servants, and employees, acting within the course and scope of their employment, have acted in good faith and with the reasonable belief that their actions were lawful under the circumstances.

**FIFTH DEFENSE**

Defendants deny all allegations of wrongdoing and further deny that Plaintiffs are entitled to any relief.

**SIXTH DEFENSE**

The injunctive relief requested by Plaintiffs exceeds the scope of their claims and is not an available remedy.

**SEVENTH DEFENSE**

Any claim Plaintiffs previously had to injunctive relief is moot.

**EIGHTH DEFENSE**

Plaintiffs have failed to exhaust their administrative remedies.

**NINTH DEFENSE**

Plaintiffs do not have standing to obtain any relief that they seek.

**TENTH DEFENSE**

The doctrines of waiver, estoppel, unclean hands, and/or laches equitably bar Plaintiffs from seeking some or all the relief sought in the Complaint.

**ELEVENTH DEFENSE**

If Plaintiffs were injured or damaged as alleged in the Complaint, said injuries or damages were not proximately or legally caused by Defendants or their employees, agents, or servants acting within the scope of their employment.  Conversely, said injuries or damages foreseeably resulted from Plaintiffs' own intentional, illegal, or otherwise wrongful conduct and/or the superseding or intervening conduct of a third party.

### TWELFTH DEFENSE

Plaintiffs are not entitled to monetary damages on their Religious Freedom Restoration Act claim against the District because neither the District nor Congress has waived the District's sovereign immunity to be sued for money damages under that statute.

### THIRTEENTH DEFENSE

Plaintiffs' religious exercise is not substantially burdened by any policy, practice, or conduct of Defendants, their agents, servants, or employees.

### FOURTEENTH DEFENSE

The District, its agents, servants, and employees always enforced its laws and policies equally and in a generally applicable manner.  The District, its agents, servants, and employees never selectively enforced its laws or policies.

### FIFTEENTH DEFENSE

The District, its agents, servants, and employees never targeted Plaintiffs or others based on their religious beliefs.

### SIXTEENTH DEFENSE

The District, its agents, servants, and employees never prevented Plaintiffs from selecting the leaders of their choice who would also share Plaintiffs' religious beliefs.

### SEVENTEENTH DEFENSE

The District, its agents, servants, and employees never denied equal access or a fair opportunity to, or discriminated against, any student wishing to conduct a meeting within a limited open forum on the basis of the religious, political, philosophical, or other content of the speech at such a meeting.

### EIGHTEENTH DEFENSE

Defendants, their agents, servants, and employees never regulated, prohibited, or abridged Plaintiffs' speech based on Plaintiffs' viewpoint.

**NINETEENTH DEFENSE**

Defendants, their agents, servants, and employees at no time required Plaintiffs to either give up equal access to public benefits or select leaders who do not share or live out their religious beliefs.

**TWENTIETH DEFENSE**

The District, its agents, servants, and employees did not abridge Plaintiffs' right to peaceably assemble or to affiliate with student groups that affirm their religious beliefs.

**TWENTY-FIRST DEFENSE**

The District, its agents, servants, and employees did not and do not have a preference for one set of religious beliefs over another, or a preference for nonreligious groups over religious groups, or vice versa.

**TWENTY-SECOND DEFENSE**

The District, its agents, servants, and employees did not and do not deny access to its facilities, services, or programs to any qualified person based on the religious beliefs of any person.

## ANSWER TO PLAINTIFFS' COMPLAINT

Defendants respond to the separately numbered paragraphs in the Complaint immediately below.  To the extent any allegation is not admitted, it is denied.  Unless stated otherwise, references to external documents, statutes, or other sources cited in the Complaint are not admissions as to relevance, admissibility, or the accuracy of Plaintiffs' citations or characterizations.

### COMPLAINT[2]

### INTRODUCTION

1.       This paragraph consists of Plaintiffs' argumentative characterization of their Complaint.  To the extent a response is required, Defendants deny the allegations in this paragraph.

2.       This paragraph consists of Plaintiffs' argumentative characterization of their Complaint.  To the extent a response is required, Defendants lack sufficient information to admit or deny the allegations in this paragraph.

3.       Admitted that the District of Columbia Public Schools (DCPS) is an agency of the District of Columbia (the District) and that DCPS temporarily prevented FCA from operating a chapter at Jackson-Reed High School.  Defendants deny the remaining factual allegations and characterizations in this paragraph.

4.       Defendants lack sufficient information to admit or deny the allegations and characterizations in this paragraph.  Defendants state that the cited documents are the best evidence of their own contents and deny all other characterizations.

5.       Defendants lack sufficient information to admit or deny the allegations and characterizations in this paragraph.

---

[2]       The headings included below correspond to the headings in the Complaint and are provided to assist the Court in reviewing the Answer.  All allegations in the headings—express or implied—are denied.

6.      This paragraph consists of Plaintiffs' argumentative characterization of their Complaint.  To the extent a response is required, Defendants deny the allegations in this paragraph.

7.      Defendants lack sufficient information to admit or deny the allegations and characterizations in this paragraph.

8.      Defendants lack sufficient information to admit or deny the allegations and characterizations in this paragraph.

9.      This paragraph contains Plaintiffs' factual characterizations.  Further, this paragraph purports to cite a source document.  Defendants state that any cited document is the best evidence of its contents.  To the extent a response is required to the remaining factual characterizations in this paragraph, Defendants deny the allegations in this paragraph.

10.      This paragraph consists of Plaintiffs' factual characterizations.  To the extent a response is required, Defendants deny the factual allegations in this paragraph.

11.      This paragraph consists of legal conclusions and factual characterizations.  To the extent a response is required, Defendants deny the allegations in this paragraph.

12.      Defendants deny the factual allegations in this paragraph.

13.      This paragraph consists of legal conclusions and factual characterizations.  To the extent a response is required, Defendants deny the allegations in this paragraph.

14.      This paragraph consists of Plaintiffs' factual characterizations.  To the extent a response is required, Defendants admit that FCA went through DCPS's appeals process. Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

15.      This paragraph consists of legal conclusions and factual characterizations.  To the extent a response is required, Defendants deny the allegations in this paragraph.

16.      Defendants lack sufficient information to admit or deny the allegations in this paragraph.

17.     This paragraph consists of legal conclusions and factual characterizations.  To the extent a response is required, Defendants deny the allegations in this paragraph.

18.     This paragraph consists of legal conclusions and factual characterizations.  To the extent a response is required, Defendants deny the allegations in this paragraph.

## PARTIES

19.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

20.     Defendants admit that Jackson-Reed High School is a member school of the District of Columbia Public Schools (DCPS).  Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

21.     This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants admit that DCPS is a subordinate agency of the District.  Defendants state that the cited statute and case are the best evidence of their own contents and deny all other characterizations.  Defendants also admit that DCPS is responsible for the management of the District's public schools, and that the Comprehensive Alternative Resolution & Equity Team (CARE) receives, investigates, and issues letters of resolution concerning claims of discrimination.

22.     This paragraph contains allegations relating to an individual who has been dismissed from this case.  To the extent a response is required, Defendants admit that Lewis D. Ferebee is the Chancellor of DCPS and its chief executive officer and was appointed by Mayor Bowser.  Defendants state that the cited statute is the best evidence of its contents and deny all other characterizations.

23.     Defendants admit that Cinthia Ruiz is the Chief Integrity Officer at DCPS and oversees DCPS CARE investigations and resolutions.  Defendants deny all other allegations and factual characterizations in this paragraph.

24.     This paragraph consists of legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

25.     This paragraph consists of legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

## JURISDICTION AND VENUE

26.     This is a characterization of Plaintiffs' claims; no response is required.

27.     This paragraph consists of legal conclusions.  To the extent a response is required, Defendants admit the allegations in this paragraph.

28.     This paragraph consists of legal conclusions.  Defendants deny that they have committed any Constitutional violations.

29.     This paragraph consists of legal conclusions.  To the extent a response is required, Defendants admit the allegations in this paragraph.

## FACTUAL BACKGROUND

### *FCA's rich history of serving students on campuses around the nation and world*

30.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

31.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

32.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

33.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

34.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

35.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

36.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

37.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

38.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

39.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.  Defendants state that the cited source is the best evidence of its contents and deny all other characterizations.

40.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

41.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.  Defendants state that the cited source is the best evidence of its contents and deny all other characterizations.

42.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.  Defendants state that the cited sources are the best evidence of their contents and deny all other characterizations.

43.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

44.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.  Defendants state that the cited source is the best evidence of its contents and deny all other characterizations

45.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

46.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

47.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

48.    Defendants lack sufficient information to admit or deny the allegations in this paragraph.

49.    Defendants lack sufficient information to admit or deny the allegations in this paragraph.

### DCPS and Jackson-Reed liberally permit student groups to organize with official recognition

50.    Defendants admit the factual allegations in this paragraph.

51.    Defendants admit the factual allegations in this paragraph.

52.    This paragraph consists of legal conclusions and factual characterizations.  To the extent a response is required, Defendants admit the allegations in this paragraph.

53.    Defendants admit the factual allegations in this paragraph.

54.    Defendants state that the cited website is the best evidence of its own contents and deny all other characterizations.

55.    Defendants state that the cited website is the best evidence of its own contents and deny all other characterizations.

56.    Defendants state that the cited websites are the best evidence of their own contents and deny all other characterizations.

57.    This paragraph consists of legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

### FCA in DC Public Schools and Jackson-Reed

58.    Defendants lack sufficient information to admit or deny the allegations in this paragraph.

59.    This paragraph consists of Plaintiffs' factual characterizations.  To the extent a response is required, Defendants lack sufficient information to admit or deny the allegations in this paragraph.

60.    This paragraph consists of Plaintiffs' factual characterizations.  To the extent a response is required, Defendants deny the allegations in this paragraph.

61.     This paragraph consists of Plaintiffs' factual characterizations.  To the extent a response is required, Defendants lack sufficient information to admit or deny the allegations in this paragraph.

62.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

63.     This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

64.     Defendants state that the cited documents are the best evidence of their own contents and deny all other characterizations.

65.     This paragraph consists of Plaintiffs' factual characterizations.  To the extent a response is required, Defendants deny the allegations in this paragraph.

66.     This paragraph consists of Plaintiffs' factual characterizations.  To the extent a response is required, Defendants deny the allegations in this paragraph.

67.     This paragraph consists of Plaintiffs' factual characterizations.  To the extent a response is required, Defendants deny the allegations in this paragraph.

68.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

69.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

70.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

71.     Defendants admit the factual allegations in this paragraph.

72.     Defendants admit the factual allegations in this paragraph.

73.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

74. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

***Jackson-Reed coach files a grievance against Jackson-Reed FCA***

75. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

76. This paragraph contains Plaintiffs' factual characterizations. Further, this paragraph purports to cite a source document. Defendants state that any cited document is the best evidence of its contents. To the extent a response is required to the remaining factual characterizations in this paragraph, Defendants deny the allegations in this paragraph.

77. Defendants admit that Legere filed a grievance with the DCPS CARE Team concerning FCA Jackson-Reed on September 29, 2022. Defendants also admit that the grievance alleged a violation of D.C. Human Rights Act. Defendants deny the remaining allegations and characterizations in this paragraph.

78. Defendants state that the cited law is the best evidence of its own contents and denies all other characterizations.

79. Defendants state that the cited document is the best evidence of its own contents and denies all other characterizations.

80. This paragraph contains Plaintiffs' factual characterizations. Further, this paragraph purports to cite a source document. Defendants state that any cited document is the best evidence of its contents. To the extent a response is required to the remaining factual characterizations in this paragraph, Defendants deny the allegations in this paragraph.

81. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

***DCPS investigates the grievance***

82. This paragraph purports to quote various emails. Defendants state that the quoted source documents are the best evidence of their contents and deny all other characterizations.

83.     This paragraph consists of Plaintiffs' factual characterizations.  To the extent a response is required, Defendants deny the allegations in this paragraph.

84.     This paragraph contains Plaintiffs' factual characterizations.  Further, this paragraph purports to quote multiple source documents.  Defendants state that any quoted document is the best evidence of its contents and deny all other characterizations.

85.     This paragraph consists of legal conclusions.  Defendants state that the cited DCPS policy and procedures are the best evidence of their contents and deny all other characterizations.

86.     Defendants admit the factual allegations in this paragraph.

87.     This paragraph purports to quote a source document.  Defendants state that any quoted document is the best evidence of its contents and deny all other characterizations.

88.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

***DCPS kicks Jackson-Reed FCA off campus without informing FCA***

89.     Defendants state that the referenced document is the best evidence of its contents and deny all other characterizations.

90.     Defendants admit the factual allegations in this paragraph.

91.     This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

92.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

93.     This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

94.     This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  Further, this paragraph purports to quote a source document.  Defendants state that any quoted document is the best evidence of its contents and deny all other characterizations.

95.     This paragraph purports to refer to a source document.  Defendants state that the referenced document is the best evidence of its contents and deny all other characterizations.

96.     Defendants deny the factual allegations in this paragraph.

97.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

98.     Defendants state that the document quoted in this paragraph is the best evidence of its contents and deny all other characterizations.

99.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

***FCA appeals DCPS's Decision***

100.     Defendants lack sufficient information to admit or deny the allegations in this paragraph.

101.     Defendants state that the referenced document is the best source of its contents and deny all other characterizations.  Defendants admit that FCA filed an appeal on December 15, 2022.  Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

102.     This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  This paragraph also purports to refer to a source document.  Defendants state that the referenced document is the best evidence of its contents and deny all other characterizations.

103.     This paragraph consists of legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

104.     This paragraph contains Plaintiffs' factual characterizations.  Further, this paragraph purports to quote a source document.  Defendants state that any quoted document is

the best evidence of its contents and deny all other characterizations.  Defendants admit the factual allegations in this paragraph.

105.    Defendants admit the factual allegations in this paragraph.

106.    This paragraph contains Plaintiffs' factual characterizations.  Further, this paragraph purports to quote or reference a source document.  Defendants state that any quoted or referenced document is the best evidence of its contents and deny all other characterizations.

107.    This paragraph contains Plaintiffs' factual characterizations and legal conclusions.  Further, this paragraph purports to quote a source document.  Defendants state that any quoted document is the best evidence of its contents and deny all other characterizations.

108.    This paragraph purports to refer to a source document.  Defendants state that the referenced document is the best evidence of its contents and deny all other characterizations.

109.    This paragraph purports to refer to a source document.  Defendants state that any referenced document is the best evidence of its contents and deny all other characterizations.

110.    This paragraph contains Plaintiffs' factual characterizations and legal conclusions.  Further, this paragraph purports to quote or refer to a source document.  Defendants state that any referenced document is the best evidence of its contents and deny all other characterizations.  Defendants admit that FCA submitted an appeal on January 20, 2023.

111.    Defendants admit that DCPS denied the appeal.

112.    This paragraph purports to refer to a source document.  Defendants state that any referenced document is the best evidence of its contents and deny all other characterizations.

113.    This paragraph purports to quote to a source document.  Defendants state that the quoted document is the best evidence of its contents and deny all other characterizations.

114.    This paragraph consists of Plaintiffs' factual characterizations.  Further this paragraph purports to refer to and quote a source document.  Defendants state that any referenced or quoted document is the best evidence of its contents and deny all other characterizations.

115.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

116.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

117.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

118.    This paragraph purports to quote a source document.  Defendants state that any quoted document is the best evidence of its contents and deny all other characterizations.

***The En Banc Ninth Circuit rules in favor of FCA***

119.    Defendants lack sufficient information to admit or deny the allegations in this paragraph.

120.    Defendants state that the cited opinion is the best evidence of its contents and deny all other characterizations.  Defendants lack sufficient information to admit or deny the remaining allegations in this paragraph.

121.     Defendants state that the cited opinion is the best evidence of its contents and deny all other characterizations.

122.    Defendants state that the cited opinion is the best evidence of its contents and deny all other characterizations.

123.    This paragraph purports to refer to a source document.  Defendants state that any referenced document is the best evidence of its contents and deny all other characterizations.

124.    This paragraph purports to reference a source document.  Defendants state that any referenced document is the best evidence of its contents and deny all other characterizations.

125.    Defendants lack sufficient information to admit or deny the factual allegations in this paragraph.

***DCPS and the District selectively enforce the D.C. Human Rights Act***

126.    Defendants admit that DCPS schools like Jackson-Reed permit many noncurricular groups and activities to organize around distinctive beliefs, visions, and identities. Defendants deny the remaining allegations in this paragraph.

127.    The District admits that DCPS schools like Jackson-Reed allow students to form organizations based on specific religious beliefs, interests, and identities. This paragraph purports to quote documents or website sources. Defendants state that the quoted or referenced documents and websites are the best evidence of their contents and deny all other characterizations. Defendants deny the remaining allegations and characterizations in this paragraph.

128.    The District admits that other DCPS schools allow students to form organizations based on specific religious beliefs, interests, and identities. This paragraph purports to quote documents or website sources. Defendants state that the quoted or referenced documents and websites are the best evidence of their contents and deny all other characterizations. Defendants deny the remaining allegations and characterizations in this paragraph.

129.    Defendants deny the factual allegations in this paragraph.

130.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions. To the extent a response is required, Defendants admit that DCPS schools have gender-specific sports. Further, this paragraph purports to cite a source document. Defendants state that any cited document is the best evidence of its contents and deny all other characterizations.

131.    Defendants state that the cited law is the best evidence of its own contents and denies the remaining allegations and characterizations in this paragraph.

132.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions. Further, this paragraph purports to cite a source document. Defendants state that any cited document is the best evidence of its contents and deny all other characterizations.

133.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  Further, this paragraph purports to cite a source document.  Defendants state that any cited document is the best evidence of its contents and deny all other characterizations.

134.    This paragraph purports to cite a source document.  Defendants state that any cited document is the best evidence of its contents and deny all other characterizations.

135.    Defendants deny the factual allegations in this paragraph.

136.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

137.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

138.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

***DCPS has frustrated FCA's Mission***

139.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required Defendants deny the allegations in this paragraph.

140.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

141.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

142.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

143.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

144.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

145.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

146.    This paragraph consists of Plaintiffs' factual characterizations.  To the extent a response is required, Defendants deny the allegations in this paragraph.

***Students wish to restart Jackson-Reed's FCA huddle***

147.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

148.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

149.    Defendants deny that Jackson-Reed has not officially recognized FCA. Defendants lack sufficient information to admit or deny the allegations in this paragraph.

150.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations in this paragraph.

## CLAIMS

### COUNT I
### 42 U.S.C. § 2000bb-1
### Violation of the Religious Freedom Restoration Act

151.    The District repeats and incorporates its responses to the allegations in the preceding paragraphs in the Complaint.

152.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited statutes and cases are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

153.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited cases are the best evidence of their own contents and deny all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

154.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited statutes and cases are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

155.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited statutes and cases are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

156.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited statutes and cases are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not

answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

157.    This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

158.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited statutes and cases are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

159.    This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

160.    This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

161.    This paragraph consists of legal conclusions and Plaintiffs' characterization of their Complaint and the relief sought.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

## COUNT II
## 42 U.S.C. § 1983
### Violation of the First Amendment to the U.S. Constitution
### Free Exercise – Not Generally Applicable

162.    Defendants repeat and incorporate their responses to the allegations in the preceding paragraphs in the Complaint.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

163.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited cases are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

164.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited cases are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

165.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited statutes are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

166.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

167.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

168.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and

characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

169.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

170.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

171.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

172.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited case is the best evidence of its own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

173.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

174.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District states that the cited case is the best evidence of its own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

175.    This paragraph consists of Plaintiffs' legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

176.    This paragraph consists of Plaintiffs' legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

177.    This paragraph consists of Plaintiffs' legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

178.    This paragraph consists of legal conclusions and Plaintiffs' characterization of their Complaint and the relief sought.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

### COUNT III
### 42 U.S.C. § 1983
**Violation of the First Amendment to the U.S. Constitution**
**Free Exercise – Religious Animus / Targeting**

179.    The District repeats and incorporates its responses to the allegations in the preceding paragraphs in the Complaint.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

180.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited cases are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

181.    This paragraph consists of legal conclusions.  To the extent a response is required, Defendants state that the cited case is the best evidence of its own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

182.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  This paragraph also purports to refer to a source document.  Defendants state that the referenced document is the best evidence of its own contents and deny all other characterizations.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

183.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

184.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

185.    This paragraph consists of Plaintiffs' legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed. *See* Order [54] at 1.

186.    This paragraph consists of legal conclusions and Plaintiffs' characterization of their Complaint and the relief sought.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

### COUNT IV
### 42 U.S.C. § 1983
### Violation of the First Amendment to the U.S. Constitution
### Free Exercise & Establishment Clauses – Internal Autonomy

187.    The District repeats and incorporates its responses to the allegations in the preceding paragraphs in the Complaint.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

188.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited cases are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

189.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District lacks sufficient information to admit or deny the factual allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

190.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  Further, this paragraph purports to refer to a source document.  The District states that the referenced document is the best evidence of its contents.  The District lacks sufficient information to admit or deny the remaining allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

191.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District lacks sufficient information to admit or deny the factual allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

192.    This paragraph consists of Plaintiffs' factual characterizations.  To the extent a response is required, the District lacks sufficient information to admit or deny the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

193.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited case is the best evidence of its own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

194.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

195.    This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

196.    This paragraph consists of legal conclusions and Plaintiffs' characterization of their Complaint and the relief sought.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

## COUNT V
## 20 U.S.C. § 4071
### Violation of the Equal Access Act

197.    The District repeats and incorporates its responses to the allegations in the preceding paragraphs in the Complaint.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

198.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited statutes are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

199.    The District admits the allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

200.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and

characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

201.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

202.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited statute is the best evidence of its own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

203.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

204.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited cases are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

205.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

206.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

207.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants state that the cited case is the best evidence of its own contents and denies all other characterizations and allegations in this paragraph.

208.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

209.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

210.    This paragraph consists of Plaintiffs' legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed. *See* Order [54] at 1.

211.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

212.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District states that the cited case is the best evidence of its own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

213.    This paragraph consists of legal conclusions and Plaintiffs' characterization of their Complaint and the relief sought.  To the extent a response is required, the District denies the

allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

**COUNT VI**
**42 U.S.C. § 1983**
**Violation of the First Amendment to the U.S. Constitution**
**Free Speech Clause – Viewpoint Discrimination**

214.    The District repeats and incorporates its responses to the allegations in the preceding paragraphs in the Complaint.

215.    This paragraph consists of legal conclusions.  To the extent a response is required, Defendants state that the cited case is the best evidence of its own contents and denies all other characterizations and allegations in this paragraph.

216.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

217.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

218.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

219.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

220.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

221.    This paragraph consists of Plaintiffs'  legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

222.    This paragraph consists of legal conclusions and Plaintiffs' characterization of their Complaint and the relief sought.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

### COUNT VII
**42 U.S.C. § 1983**
**Violation of the First Amendment to the U.S. Constitution**
**Free Speech Clause – Expressive Association**

223.    The District repeats and incorporates its responses to the allegations in the preceding paragraphs in the Complaint.

224.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

225.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants lack sufficient information to admit or deny the allegations and characterizations in this paragraph.

226.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants lack sufficient information to admit or deny the allegations and characterizations in this paragraph.

227.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

228.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

229.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

230.     This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

231.     This paragraph consists of Plaintiffs' legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

232.     This paragraph consists of Plaintiffs' legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

233.     This paragraph consists of legal conclusions and Plaintiffs' characterization of their Complaint and the relief sought.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

**COUNT VIII**
**42 U.S.C. § 1983**
**Violation of the First Amendment to the U.S. Constitution**
**Assembly Clause**

234.     The District repeats and incorporates its responses to the allegations in the preceding paragraphs in the Complaint.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

235.     This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited cases are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

236.     This paragraph consists of Plaintiffs' factual characterizations.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph. Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

237.     This paragraph consists of Plaintiffs' factual characterizations.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.

Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

238.    This paragraph consists of Plaintiffs' legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed. *See* Order [54] at 1.

239.    This paragraph consists of legal conclusions and Plaintiffs' characterization of their Complaint and the relief sought.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

**COUNT IX**
**42 U.S.C. § 1983**
**Violation of the Fifth Amendment to the U.S. Constitution**
**Due Process**

240.    Defendants repeat and incorporate their responses to the allegations in the preceding paragraphs in the Complaint.

241.    Defendants need not answer this paragraph because it concerns a claim that was dismissed.  *See* Order [54] at 1.

242.    Defendants need not answer this paragraph because it concerns a claim that was dismissed.  *See* Order [54] at 1.

243.    Defendants need not answer this paragraph because it concerns a claim that was dismissed.  *See* Order [54] at 1.

244.    Defendants need not answer this paragraph because it concerns a claim that was dismissed.  *See* Order [54] at 1.

245.    Defendants need not answer this paragraph because it concerns a claim that was dismissed.  *See* Order [54] at 1.

246.    Defendants need not answer this paragraph because it concerns a claim that was dismissed.  *See* Order [54] at 1.

**COUNT X**
**42 U.S.C. § 1983**
**Violation of the Fifth Amendment to the U.S. Constitution**
**Equal Protection**

247.    The District repeats and incorporates its responses to the allegations in the preceding paragraphs in the Complaint.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

248.    This paragraph consists of legal conclusions.  To the extent a response is required, the District denies the allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

249.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

250.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

251.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

252.    This paragraph consists of Plaintiffs' legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed. *See* Order [54] at 1.

253.    This paragraph consists of legal conclusions and Plaintiffs' characterization of their Complaint and the relief sought.  To the extent a response is required, the District denies the

allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

**COUNT XI**
**42 U.S.C. § 1983**
**Violation of the First Amendment to the U.S. Constitution**
**Establishment Clause**
**Denominational Discrimination**

254.    The District repeats and incorporates its responses to the allegations in the preceding paragraphs in the Complaint.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

255.    This paragraph consists of legal conclusions.  To the extent a response is required, the District states that the cited case is the best evidence of its own contents and denies all other characterizations and allegations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

256.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

257.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

258.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

259.    This paragraph consists of Plaintiffs' legal conclusions.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant

Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed. *See* Order [54] at 1.

260.    This paragraph consists of legal conclusions and Plaintiffs' characterization of their Complaint and the relief sought.  To the extent a response is required, the District denies the allegations and characterizations in this paragraph.  Defendant Ruiz need not answer this paragraph because it concerns a claim against her that was dismissed.  *See* Order [54] at 1.

<u>COUNT XII</u><br>D.C. Code § 2-1402<br>Violation of the D.C. Human Rights Act

261.    The District repeats and incorporates its responses to the allegations in the preceding paragraphs in the Complaint.

262.    This paragraph consists of legal conclusions.  To the extent a response is required, Defendants state that the cited statutes are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.

263.    This paragraph consists of legal conclusions.  To the extent a response is required, Defendants state that the cited statute is the best evidence of its own contents and denies all other characterizations and allegations in this paragraph.

264.    This paragraph consists of legal conclusions.  To the extent a response is required, Defendants state that the cited statutes are the best evidence of their own contents and denies all other characterizations and allegations in this paragraph.

265.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

266.    This paragraph consists of Plaintiffs' factual characterizations and legal conclusions.  To the extent a response is required, Defendants deny the allegations and characterizations in this paragraph.

**RELIEF**

Defendants deny that Plaintiffs are entitled to any equitable, declaratory, or monetary relief, including any form of relief sought in this section, as enumerated in paragraphs a through h, or elsewhere.  Defendants request judgment in their favor and such additional relief as the Court may deem proper.

## JURY DEMAND

Defendants demand a jury trial on all issues and claims triable by jury in this case.

Dated: March 3, 2026.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Marcus D. Ireland*
AMANDA C. PESCOVITZ [1735780]
MARCUS D. IRELAND [90005124]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
marcus.ireland@dc.gov
(202) 702-2910

*Counsel for Defendants*