AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▾

| | |
|---|---|
| Fellowship of Christian Athletes, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| District of Columbia, et al. | ) |
| *Defendant* | ) |

Case No.    1:24-cv-01332-DLF

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Fellowship of Christian Athletes and Fellowship of Christian Athletes  of Jackson-Reed High School            .

Date:    4/20/2026

/s/ Siena A. Marcelle
*Attorney's signature*

Siena A. Marcelle (D.C. Bar No. 90043763)
*Printed name and bar number*
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006

*Address*

smarcelle@becketfund.org
*E-mail address*

(202) 955-0095
*Telephone number*

(202) 955-0090
*FAX number*