**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FELLOWSHIP OF CHRISTIAN ATHLETES, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 24-cv-1332-DLF** |

**MEDIATION STANDING ORDER**

This matter has been referred to the undersigned for the purpose of mediation. Mediation shall occur via a two-step process. At step one, the case will first be presented to a mediator with subject matter expertise through the Court's Mediation Program. If the case is not successfully resolved through this first step, at step two, a mediated settlement conference with the undersigned will take place. Accordingly, it is hereby:

**ORDERED** that counsel for all parties involved in the mediation shall confer regarding dates for the step-one initial joint mediation session. After the parties have conferred, counsel shall inform the undersigned, via email to the undersigned's law clerk identified below, copying Faruqui_Chambers@dcd.uscourts.gov, and Mr. Robert Fisher, Chief Circuit Mediator, at Robert_Fisher@cadc.uscourts.gov of three dates within the mediation referral period that are acceptable to all parties involved for an initial joint mediation session. At that time, counsel shall each also inform the Court and Chief Circuit Mediator, ex parte, of three potential dates for a one-hour separate confidential background discussion to occur at least one week before the first identified date for the joint session and whether they are amenable to conducting the mediation via

videoconference. The Chief Circuit Mediator will then appoint an appropriate mediator, select an appropriate date for the initial joint session, and initiate the step-one mediation process. The Chief Circuit Mediator will confer with the Court upon completion of step one.

**ORDERED** that if a step-two session with the undersigned is appropriate, the Court will reach out to the parties to set a date on the Court's docket. If the parties fail to apprise the undersigned of the required information within five business days of this Order, the undersigned shall set the conference unilaterally and will assume that the parties do not object to conducting the proceeding remotely, if appropriate. It is further:

**ORDERED** that all conferences—be it with the Circuit Mediator Program or the undersigned—shall be attended by an authorized representative of each party involved, together with trial counsel for each party. When the settlement decision will be made in whole or in part by an insurer, the insurer shall send a representative with full and complete authority to make settlement decisions unless an exception is requested and granted by the undersigned for good cause shown. A corporate party shall send a representative with full and complete authority to bind the company unless an exception is requested and granted by the undersigned for good cause shown. A governmental entity shall send a representative authorized to act on its behalf. It is further:

**ORDERED** that the parties shall each provide to the appointed mediator and the undersigned, ex parte, a short and confidential mediation statement by close of business seven calendar days prior to the initial step-one mediation session. The mediation statement shall not be entered on the docket or become a part of the file in the case but shall be for the exclusive use of the step-one mediator and the undersigned in preparing for and conducting the mediation and

settlement conference. The mediation statement should be sent via email only to the undersigned's law clerk and the appointed mediator. In these statements, the parties shall each include:

(a) the name, title, and contact information of each person who will be participating in the mediation on behalf of that party and designate which individuals will have settlement or negotiating authority;

(b) a candid assessment of the major legal and factual issues in the case, including the strengths and weaknesses of the claims and/or defenses raised;

(c) if discovery has not been completed, an explanation of whether the exchange of any documents or records prior to mediation would make the mediation session more productive and a description of the nature of any such documents or records;

(d) the potential monetary exposure of any applicable damages and/or attorney's fees claims;

(e) a history of previous settlement negotiations, if any;

(f) the party's ideas on how the case could be resolved at this juncture;

(g) any impediments to settlement that the party perceives; and

(h) a present settlement proposal.

If there are any key documents that the appointed mediator and undersigned should review prior to the initial mediation session or settlement conference, please attach them. The mediation statements should not be lengthy but should contain enough information to be useful to the undersigned in analyzing the factual and legal issues in the case. The parties are directed to be candid in their mediation statements. It is further:

**ORDERED** that if a participant requires sign language interpreting during mediation, the parties shall notify the Court and the Chief Circuit Mediator of that request at least three weeks prior to the mediation. If the parties require any other language interpretation or translation services, they are responsible for providing it themselves.

The parties are further advised of the following:

(a) The undersigned sets settlement conferences at 10:30 a.m. on any weekday, however, Wednesdays are generally preferable. Note that while the undersigned is on criminal duty, availability is more limited.

(b) Participants in the mediation should refrain from scheduling other matters or appointments on the date of the mediation, including into the evening. If any party will be traveling to the District of Columbia for the mediation, no return travel plans should be made on the day of the mediation.

(c) Unless it is held remotely or the parties and the appointed mediator agree otherwise, any step-one in-person mediation meeting will take place in the Mediation Office conference rooms (5720) within the E. Barrett Prettyman United States Courthouse located at 333 Constitution Avenue N.W., Washington, D.C. 20001.

(d) Unless it is held remotely, any settlement conference with the undersigned will take place in Courtroom 4 within the E. Barrett Prettyman United States Courthouse located at 333 Constitution Avenue N.W., Washington, D.C. 20001. The nearest Metro stop is Judiciary Square on the Red Line.

**SO ORDERED**.

2026.09.14
15:37:12 -04'00'

Date: September 14, 2026

ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

Assigned Law Clerk:
Chrisleine Temple
202-354-3071
Chrisleine_Temple@dcd.uscourts.gov

Copy all Correspondence with the Court to:
Faruqui_Chambers@dcd.uscourts.gov