**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FELLOWSHIP OF CHRISTIAN ATHLETES**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, et al.,<br><br>Defendants. | Civil Action No. 1:24-cv-01332-DLF |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.6(b), notice is hereby given to the Court and the parties of the withdrawal of appearance of Siena A. Marcelle as co-counsel for Plaintiffs in the above-captioned matter. Plainitffs remain represented by Daniel H. Blomberg, Richard C. Osborne, and Joseph C. Davis of The Becket Fund for Religious Liberty, as reflected on the Court's docket.

Dated: September 29, 2026

Respectfully submitted,

*/s/ Siena A. Marcelle*

Siena A. Marcelle (D.C. Bar No. 90043763)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006
(202) 955-0095 PHONE
(202) 955-0090 FAX
smarcelle@becketfund.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 29, 2026, a true and correct copy of the foregoing was electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Siena A. Marcelle*
Siena A. Marcelle

*Counsel for Plaintiffs*